Alexander Szostak, Appellant, v. State of New York, Respondent. (Claim No. 43895.) — Per Curiam.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam.*